JAMES SEAWRIGHT v. FOOD TOWN SUPERMARKETS.

May 26, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. GREGORY DAVIS.

May 26, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. DAVID BOVE.

May 26, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. DAVID MIRAULT.

May 26, 1982.

Petition for certification granted.